DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PAUL ANTHONY JAMES,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-3235

[August 13, 2026]

Appeal of order denying rule 3.853 from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; George Odom, Jr., Judge; L.T. Case No. 061994CF006653A88810.

Stephen J. Hammer of Schlesinger Law Offices, P.A., Fort Lauderdale, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CONNER and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***